UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


ORDER OF REASSIGNMENT


Pursuant to the Retirement of Judge Milton L. Schwartz, and good cause appearing therefore:

IT IS HEREBY ORDERED this action is reassigned from **Judge** Milton L. Schwartz to **Judge** Garland E. Burrell, Jr.  for all purposes.

The new case number for this action, which must be used on all future documents filed with the court, is: 2:00-cr-0168 GEB.

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.


Dated:  **August 20, 2008**

/s/ Anthony W. Ishii
ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE