```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  MARCELLO DELONZO ROOTS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:00-cr-168-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE |
| | ) | |
| MARCELLO DELONZO ROOTS, | ) | |
| | ) | Date:  October 17, 2008 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Richard J. Bender, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the Supervised Release hearing scheduled for October 17, 2008, be continued until October 24, 2008 at 9:00 a.m. at the request of the parties. This continuance is sought due to the unavailability of defense counsel between October 15, 2008, and October 22, 2008.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act is not an issue with respect to this continuance of

1  supervised release proceedings.
2  **IT IS SO STIPULATED.**
3
4  Dated: October 16, 2008           /S/ Richard J. Bender
5                                    RICHARD J. BENDER
                                     Assistant United States Attorney
                                     Counsel for Plaintiff
6
7
8  Dated: October 16, 2008           /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
                                     Assistant Federal Defender
9                                    Attorney for Defendant
                                     MARCELLO DELONZO ROOTS
10
11                             O R D E R
12  **IT IS SO ORDERED.**
13  Dated:  October 16, 2008
14
15                              _____
                                GARLAND E. BURRELL, JR.
16                              United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order            -2-